```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                        5/13/19

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY:        jlo        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:19MJ00275 |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | PENDING FURTHER |
| ) | REVOCATION PROCEEDINGS |
| ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| JOSE JAVIER LOPEZ, Jr. ) | U.S.C. § 3143(a) (1)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

and/or

B. (x)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: May 13, 2019

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE